No. _____

IN THE
## SUPREME COURT OF TEXAS

CECILIA CLINKSCALE,
Petitioner,

V.

LEIROI MICKELE' DANIELS,
Respondent.

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REVIEW

TO THE HONORABLE SUPREME COURT OF TEXAS:

Comes Now, Cecilia Clinkscale, Petitioner (hereinafter, "Petitioner"), in the above styled civil action and files this *Motion For Extension Of Time To File Petition For Review* in compliance with Tex. R. App. P. 10.1, 10.5(b), 10.5(b)(3), and 53.7(f). In support of this *Motion*, Petitioner seeks to show this Court the following:

### I.

Petitioner filed her *Motion Rehearing For En Banc*, Wednesday, July 1, 2015.

### II.

The Justices in the Court of Appeals For The First District Of Texas At Houston denied the said *Motion* on Tuesday, October 13, 2015. *See* Exhibit 1.

### III.

Tex. R. App. P. 53.7(c) establishes that a *Petition For Review* is due forty-five (45) days from the later date of the court of appeals' judgment or its last ruling on a timely filed motion for rehearing or rehearing en banc. Tex. R. App. P. 53.7(a). As such, Petitioner's *Petition For Review is due on Friday,* November 27, 2015. Tex. R. App. P. 10.5(b)(A).

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 3 2015

CHRISTOPHER A. PRINE
CLERK _____

## IV.

Petitioner seeks additional time to thoroughly examine her trial court and appellate court case files. Time is necessary to carefully review, analyze, and to identify the documents material to the preparation of her *Petition For Review*. Petitioner seeks additional time to research, identify, and to synthesize statutes, laws, case laws, and legal scholarship which discusses and frames the subject(s) and argument(s) in Petitioner's *Petition For Review*. Tex. R. App. P. 10.5(b)(C). Petitioner seeks time to draft her *Petitioner For Review* and to consult with Counsel and like legal professionals adept in the process of preparing a suitable *Petition For Review*. Tex. R. App. P. 10.5(b)(C).

## V.

As well, Petitioner will issue *Requests For Findings Of Fact And Conclusions Of Law* to both the trial and appellate courts to better gage and to articulate the points on which Petitioner relies for her *Petition For Review* in the Supreme Court of Texas. Tex. R. App. P. 10.5(b)(C).

## VI.

Further, Petitioner seeks time to resolve pending *Motions* and discrepancies in the Court of Appeals.

## VII.

In consideration of the points set forth, Petitioner requests an extension of time of thirty (30) days, to Saturday, December 26, 2015; therefore, Petitioner's *Petition For Review* would be due on Monday, December 28, 2015. Tex. R. App. P. 10.5(b)(B).

## VIII.

Petitioner has not requested an extension of time in this case. Tex. R. App. P. 10.5(b)(D).

## IX.

The extension of time requested is not sought for delay, and it is not prejudicial to Respondent. Tex. R. App. P. 10.5(b)(D).

## CONCLUSION AND PRAYER

Wherefore, Petitioner, Cecilia Clinkscale, submits her *Motion For Extension Of Time To File Petition For Review*, and she respectfully requests relief from this Court in the interest of justice.

With this, Petitioner requests this Court to enter an *Order* granting her *Motion*, and to grant her any additional relief that this Court deems proper, permissible, and just.

Respectfully submitted,

CECILIA CLINKSCALE
Petitioner,
In Propria Persona

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Telephone: (215) 828-4516
Email: cclinkscale@gmail.com

## CERTIFICATE OF CONFERENCE

I certify that I corresponded with Defendant, Mr. Leiroi Mickele' Daniels, Esquire, on Friday, November 27, 2015, by way of electronic communication and facsimile. I have not yet heard back from Counsel. *See* Exhibit 2. Tex. R. App. P. 10.3(a)(2).

CECILIA CLINKSCALE
Petitioner,
In Propria Persona

Dated: ___11/27/2015___

# CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 6.3, 9.5(a)-(e), I, Cecilia Clinkscale, Petitioner, do hereby certify that on this 27th day of November 2015, a true and correct copy of the attached and foregoing *Motion For Extension Of Time To File Petition For Review* was served upon the recipients listed below in the following manner(s):

Mr. Blake Hawthorne,
Esquire,
Clerk,
Supreme Court of Texas,
201 West 14th Street,
Room 104,
Austin, Texas 78731

Service: United States Postal Service,
first-class, certified mail.

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: United States Postal Service
first-class mail.

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074

Service: United States Postal Service
first-class mail.

CECILIA CLINKSCALE
Petitioner,
In Propria Persona

Dated: 11/27/2015

**EXHIBIT 1**



## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:    01–14–00968–CV

Trial court case number:  2012–58724

Trial court:    113th District Court of Harris County

Date motion filed:    September 23, 2015

Party filing motion:    Appellant

    The motion for en banc reconsideration is ordered **DENIED.**

Judge's signature: /s/  Harvey Brown
                Acting for the Court*

En banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: October 13, 2015



C Clinkscale <cclinkscale@gmail.com>

## Position on Motion For Extension Of Time To File Petition For Review . . . 11/27/2015

1 message

**C Clinkscale** <cclinkscale@gmail.com>
To: LEIROI DANIELS <mickele4658@att.net>
Cc: C Clinkscale <cclinkscale@gmail.com>
Fri, Nov 27, 2015 at 5:44 PM

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Phone: (215) 828-4516
Email: cclinkscale@gmail.com

**EXHIBIT 2**

Friday, November 27, 2015

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates, LLC,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074
Fax:    (713) 995-4685

Dear Mr. Daniels:

I am corresponding with you to notify you that I intend to file *a Motion For Extension Of Time To File Petition For Review.*

I remain open to any consideration that you offer in this matter

My contact information is noted atop this letter for your convenience.

Sincerely,

Ms. Cecilia Clinkscale

Petitioner,
In Propria Persona



C Clinkscale <cclinkscale@gmail.com>

---

## Successful transmission to 17139954685. Re: Position On Motion To Extend Time To File Petition For Review . . . 11/27/2015

1 message

---

**NoReply@myfax.com** <NoReply@myfax.com>
To: cclinkscale@gmail.com

Fri, Nov 27, 2015 at 5:46 PM

The 2 page fax you sent through MyFax to 17139954685 was successfully transmitted.



Dear Cecilia,

**Re: Position On Motion To Extend Time To File Petition For Review . . . 11/27/2015**

The 2 page fax you sent through MyFax to 17139954685 was successfully transmitted at 2015-11-27 23:45:59 (GMT).

The length of transmission was 53 seconds

The receiving machine's fax ID: 7139954685

If you need assistance, please visit our online help center at www.myfax.com/support. Thank you for using the MyFax service.

Best Regards,
The MyFax Team



---

**Contact Customer Support**

**Hours:** 24 hours per day, 7 days a week.
**Email:** support@myfax.com

**North America**
Toll-Free: (866) 563-9212

**UK**
Free Phone: 0808 804 0015
International: (613) 260-6325

---

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Phone: (215) 828-4516
Email: cclinkscale@gmail.com

Friday, November 27, 2015

Mr. Leifoi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates, LLC,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074
Fax    (713) 995-4685

Dear Mr. Daniels:

I am corresponding with you to notify you that I intend to file *a Motion For Extension Of Time To File Petition For Review.*

I remain open to any consideration that you offer in this matter

My contact information is noted atop this letter for your convenience.

Sincerely,


Ms. Cecilia Clinkscale

Petitioner,
In Propria Persona

# VERIFICATION

STATE OF PENNSYLVANIA        §
§
COUNTY OF MONTGOMERY     §

BERFORE ME, the undersigned Notary Public, on this day personally appeared Cecilia Clinkscale, who, being by me duly sworn on oath, did depose and say the following:

## OATH

"My name is CECILIA CLINKSCALE. I am the Petitioner in the above-styled case. I have read the foregoing *Motion For Extension Of Time To File Petition For Review*, and each statement of fact therein is true and correct. I have personal knowledge of each such fact stated therein."

**FURTHER, AFFIANT SAYETH NOT.**

By: Cecilia Clinkscale

**SUBSCRIBED TO AND SWORN BEFORE ME,** Cecilia Clinkscale on the 27th day of November 2015, to certify which witness my hand and official seal.

[Seal]

Commonwealth of Pennsylvania
NOTARIAL SEAL
Paul J McCarthy, Notary Public
Lower Merion Township, Montgomery County
My Commission Expires September 25, 2018

NOTARY PUBLIC IN AND FOR THE
STATE OF PENNSYLVANIA

Paul J McCarthy

Print Name:

My Commission Expires: 09/25/2018

# No. _____

---

**IN THE**
## SUPREME COURT OF TEXAS

---

**CECILIA CLINKSCALE,**
Petitioner,

**V.**

**LEIROÏ MICKELE' DANIELS,**
Respondent.

---

## ORDER

---

On this _____ day of _____ 2015, came upon for consideration *Motion For Extension Of Time To File Petition For Review*. The Court having reviewed said *Motion* finds that it should be, and hereby is, _____.

It is so **ORDERED**.

Signed this _____ day of _____, 20 _____.

_____
JUDGE